No. 133. EVERETT FLINT DAMON EX REL. CHIN WING DIP *v.* JOHN P. JOHNSON, COMMISSIONER OF IMMIGRATION. Appeal from the District Court of the United States for the District of Massachusetts. Motion to affirm submitted January 10, 1927. Decided January 17, 1927. *Per Curiam.* Affirmed on the authority of *Chin Yow* v. *United States*, 208 U. S. 11; *United States ex rel. Bilokumsky* v. *Tod*, 263 U. S. 149, 157; *United States ex rel. Tisi* v. *Tod*, 264 U. S. 131, 133. *Solicitor General Mitchell* for appellee, in support of the motion. *Messrs. Everett Flint Damon* and *Walter B. Farr* for appellant, in opposition thereto.

No. 110. LUCY FISHER, JAMES CHARLES, ELLEN STAKE, NÉE CHARLES ET AL. *v.* E. J. CRIDER. Error to the Supreme Court of the State of Oklahoma. Submitted January 10, 1927. Decided January 17, 1927. *Per Curiam.* Writ of error dismissed for want of jurisdiction on the authority of § 237 of the Judicial Code, as amended by the Act of September 16, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton*, 252 U. S. 1, 5–6; *Tiger* v. *Fewell,* 271 U. S. 649. Motion for rehearing of the application for certiorari also denied. *Mr. William Neff* for plaintiff in error, submitted. No appearance for defendant in error.